| A. Settlement Statement | Buyer/Seller Settlement Statement | | | | |
|---|---|---|---|---|---|
| B. Type of Loan | | | | | |
| ○ 1. FHA  ○ 2. FmHA  ○ 3. Conv. Unins.<br>○ 4. V.A.  ○ 5. Conv. Ins. | | 6. File Number<br>12-00121 | 7. Loan Number<br>ID: | 8. Mortg. Ins. Case Num. | |

C. NOTE: This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked "(p.o.c.)" were paid outside the closing; they are shown here for informational purposes and are not included in the totals.

| | |
|---|---|
| D. NAME OF BUYER:<br>   Address of Buyer: | BERNARD COMBE and SYLVIE COMBE |
| E. NAME OF SELLER:<br>   Address of Seller: | Resco International LLC, a Florida limited liability<br>999 BRICKELL AVENUE, SUITE 1000, Miami, Florida 33157   TIN: |
| F. NAME OF LENDER:<br>   Address of Lender: | |
| G. PROPERTY LOCATION: | 18452 HEATHER ROAD, Fort Myers, Florida |
| H. SETTLEMENT AGENT:<br>   Place of Settlement: | Closings.com, Inc.,<br>1124 Kane Concourse, (96th Street), Bay Harbor Islands, Florida 33154   TIN: Redacted   Phone: 305-861-8000 |
| I. SETTLEMENT DATE: | 5/15/12   DISBURSEMENT DATE: 5/15/12 |

| J. Summary of buyer's transaction | | K. Summary of seller's transaction | |
|---|---|---|---|
| 100. Gross amount due from buyer: | | 400. Gross amount due to seller: | |
| 101. Contract sales price | 140,000.00 | 401. Contract sales price | 140,000.00 |
| 102. Personal property | | 402. Personal property | |
| 103. Settlement charges to buyer (Line 1400) | 4,080.46 | 403. | |
| 104. | | 404. | |
| 105. | | 405. | |
| Adjustments for items paid by seller in advance: | | Adjustments for items paid by seller in advance: | |
| 106. City/town taxes from 01/01/12 to 05/15/12 | 1,031.63 | 406. City/town taxes from 01/01/12 to 05/15/12 | 1,031.63 |
| 107. County taxes | | 407. County taxes | |
| 108. Assessments | | 408. Assessments | |
| 109. | | 409. | |
| 110. | | 410. | |
| 111. | | 411. | |
| 112. | | 412. | |
| 120. Gross amount due from buyer: | 145,112.09 | 420. Gross amount due to seller: | 141,031.63 |
| 200. Amounts paid or in behalf of buyer: | | 500. Reductions in amount due to seller: | |
| 201. Deposit or earnest money | | 501. Excess deposit (see instructions) | |
| 202. Principal amount of new loan(s) | | 502. Settlement charges to seller (line 1400) | 11,743.50 |
| 203. Existing loan(s) taken subject to | | 503. Existing loan(s) taken subject to | |
| 204. Principal amount of second mortgage | | 504. Payoff of first mortgage loan | |
| 205. | | 505. Payoff of second mortgage loan | |
| 206. | | 506. Deposits held by seller | |
| 207. Principal amt of mortgage held by seller | | 507. Principal amt of mortgage held by seller | |
| 208. 1.5% credit to buyer per contract | 2,100.00 | 508. 1.5% credit to buyer per contract | 2,100.00 |
| 209. | | 509. | |
| Adjustments for items unpaid by seller: | | Adjustments for items unpaid by seller: | |
| 210. City/town taxes | | 510. City/town taxes | |
| 211. County taxes from 01/01/12 to 05/15/12 | 1,024.04 | 511. County taxes from 01/01/12 to 05/15/12 | 1,024.04 |
| 212. Assessments | | 512. Assessments | |
| 213. | | 513. | |
| 214. | | 514. | |
| 215. | | 515. | |
| 216. | | 516. | |
| 217. | | 517. | |
| 218. | | 518. | |
| 219. | | 519. | |
| 220. Total paid by/for buyer: | 3,124.04 | 520. Total reductions in amount due seller: | 14,867.54 |
| 300. Cash at settlement from/to buyer: | | 600. Cash at settlement to/from seller: | |
| 301. Gross amount due from buyer (line 120) | 145,112.09 | 601. Gross amount due to seller (line 420) | 141,031.63 |
| 302. Less amount paid by/for the buyer (line 220) | (3,124.04) | 602. Less total reductions in amount due seller (line 520) | (14,867.54) |
| 303. Cash (☑ From ☐ To) Buyer: | 141,988.05 | 603. Cash (☑ To ☐ From) Seller: | 126,164.09 |

EXHIBIT A

Substitute Form 1099 Seller Statement:   The information contained in blocks E, G, H, and I and on line 401 is important tax information and is being furnished to the IRS. If you are required to file a return, a negligence penalty or other sanction will be imposed on you if this item is required to be reported and the IRS determines that it has not been reported.

Seller Instructions:   If this real estate was your principal residence, file Form 2119, Sale or Exchange of Principal Residence, for any gain, with your tax return; for other transactions, complete the applicable parts of Form 4797, Form 6262 and/or Schedule D (Form 1040).

Buyer's Initial(s):   Sc  Be

Seller's Initial(s):   BU

DoubleTime®

| L. Settlement charges | | | | | Buyer POC | Seller POC | Paid from Buyer's Funds at Settlement | Paid from Seller's Funds at Settlement |
|---|---|---|---|---|---|---|---|---|
| 700. Total Sales/Brokers Com. based on price | | $140,000.00 @ | 6.0000 % = | 8,400.00 | | | | |
| 701. 8,400.00 | 6.0000 % to | | | | | | | |
| 702. | % to | | | | | | | |
| 703. Commission paid at settlement | | | | | | | | 8,400.00 |
| 704. | to | | | | | | | |
| 800. Items payable in connection with loan: | | | | | Buyer POC | Seller POC | | |
| 801. Loan origination fee | % to | | | | | | | |
| 802. Loan discount | % to | | | | | | | |
| 803. Appraisal fee | to | | | | | | | |
| 804. Credit report | to | | | | | | | |
| 805. Lender's inspection fee | to | | | | | | | |
| 806. Mortgage insurance application fee | to | | | | | | | |
| 807. Assumption Fee | to | | | | | | | |
| 808. | to | | | | | | | |
| 809. | to | | | | | | | |
| 810. | to | | | | | | | |
| 811. | to | | | | | | | |
| 900. Items required by lender to be paid in advance: | | | | | Buyer POC | Seller POC | | |
| 901. Interest from | to | @ | /day | | | | | |
| 902. Mortgage insurance premium for | months to | | | | | | | |
| 903. Hazard insurance premium for | years to | | | | | | | |
| 904. Flood insurance premium for | years to | | | | | | | |
| 905. | years to | | | | | | | |
| 1000. Reserves deposited with lender: | | | | | Buyer POC | Seller POC | | |
| 1001. Hazard insurance | | months @ | | per month | | | | |
| 1002. Mortgage insurance | | months @ | | per month | | | | |
| 1003. City property taxes | | months @ | | per month | | | | |
| 1004. County property taxes | | months @ | | per month | | | | |
| 1005. Annual assessments | | months @ | | per month | | | | |
| 1006. Flood insurance | | months @ | | per month | | | | |
| 1007. | | months @ | | per month | | | | |
| 1008. | | months @ | | per month | | | | |
| 1009. Aggregate accounting adjustment | | | | | | | | |
| 1100. Title charges: | | | | | Buyer POC | Seller POC | | |
| 1101. Settlement or closing fee | to Closings.com, Inc., | | | | | | 750.00 | 750.00 |
| 1102. Abstract or title search | to | | | | | | | |
| 1103. Title examination | to | | | | | | | |
| 1104. Title insurance binder | to Closings.com, Inc., | | | | | | 150.00 | |
| 1105. Document preparation | to Closings.com, Inc., | | | | | | | 350.00 |
| 1106. Notary fees | to | | | | | | | |
| 1107. Attorney's Fees | to Law Office of Richard Waserstein, P.A. | | | | | | | 350.00 |
| (includes above item numbers: | | | | | | ) | | |
| 1108. Title Insurance | to Old Republic Nat. Title/Closings.com, Inc. | | | | | | | 775.00 |
| (includes above item numbers: | | | | | | ) | | |
| 1109. Lender's coverage (Premium): | | | | | | | | |
| 1110. Owner's coverage (Premium): | $140,000.00 ($775.00) | | | | | | | |
| 1111. Endorse: | | | | | | | | |
| 1112. | to | | | | | | | |
| 1113. | to | | | | | | | |
| 1200. Government recording and transfer charges: | | | | | | | | |
| 1201. Recording fees | Deed | $18.50 Mortgage(s) | | Releases | $18.50 | | 18.50 | 18.50 |
| 1202. City/county tax/stamps | Deed | Mortgage(s) | | | | | | |
| 1203. State tax/stamps | Deed | $980.00 Mortgage(s) | | | | | | 980.00 |
| 1204. | to | | | | | | | |
| 1205. | to | | | | | | | |
| 1300. Additional settlement charges: | | | | | Buyer POC | Seller POC | | |
| 1301. Survey | to | | | | | | | |
| 1302. COURRIER FEES | to Closings.com | | | | | | | 120.00 |
| 1303. MUNICIPAL LIEN SEARCHES | to Rapid Liens Verifications, Inc. | | | | | | 150.00 | |
| 1304. SHIPPING | to Closings .com | | | | | | 85.00 | |
| 1305. WIRE | to Closings.com, Inc., | | | | | | 35.00 | |
| 1306. Credit to buyer per contract (3) | to | | | | | | | |
| 1307. Real Estate taxes | to County Tax Collector | | | | | | 2,891.96 | |
| 1308. CREDIT TO BUYER PER CONTRACT ( to | | | | | | | | |
| 1309. Additional expenses | (See Attached Addendum) | | | | | | | |
| 1400. Total settlement charges: | | | | | | | 4,080.46 | 11,743.50 |

( Enter on lines 103, Section J and 502, Section K )

I have carefully reviewed the Settlement Statement and to the best of my knowledge and belief, it is a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction. I further certify that I have received a copy of the Settlement Statement.

_____ Buyer          By: Resco International LLC _____ Seller
BERNARD COMBE                               DELMA KOESSLER, Managing Member

_____ Buyer                                                      _____ Seller
SYLVIE COMBE

The Settlement Statement which I have prepared is a true and accurate account of this transaction. I have caused, or will cause, the funds to be disbursed in accordance with this statement.

Closings.com, Inc.,                             04/16/2012
By: _____                 _____
As Its Authorized Representative            Date

WARNING: It is a crime to knowingly make false statements to the United States on this or any other similar form. Penalties upon conviction can include a fine and imprisonment. For details see: Title 18 U.S. Code Section 1001 and Section 1010.

DoubleTime®