## A. Settlement Statement

Buyer/Seller
Settlement Statement

### B. Type of Loan

| | | | 6. File Number | 7. Loan Number | 8. Mortg. Ins. Case Num. |
|---|---|---|---|---|---|
| 1. FHA | 2. FmHA | 3. Conv. Unins. | 00-1200118 | | |
| 4. V.A. | 5. Conv. Ins. | | | ID: | |

C. NOTE: This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked "(p.o.c.)" were paid outside the closing; they are shown here for informational purposes and are not included in the totals.

**D. NAME OF BUYER:** BERNARD COMBE
Address of Buyer:

**E. NAME OF SELLER:** FINANCE INDUSTY CORP., A FLORIDA CORP.
Address of Seller:

**F. NAME OF LENDER:**
Address of Lender:

**G. PROPERTY LOCATION:** 22079 SW 92 PLACE, Miami, Florida 33190

**H. SETTLEMENT AGENT:** Closings.com, Inc.,
**Place of Settlement:** 1124 Kane Concourse , (96th Street), Bay Harbor Islands, Florida 33154

**I. SETTLEMENT DATE:** 4/20/12     **DISBURSEMENT DATE:** 4/20/12

EXHIBIT D

TIN:
TIN: Redacted
Phone: 305-861-8000

| J. Summary of buyer's transaction | | K. Summary of seller's transaction | |
|---|---|---|---|
| **100. Gross amount due from buyer:** | | **400. Gross amount due to seller:** | |
| 101. Contract sales price | 188,000.00 | 401. Contract sales price | 188,000.00 |
| 102. Personal property | | 402. Personal property | |
| 103. Settlement charges to buyer (Line 1400) | 2,203.50 | 403. | |
| 104. | | 404. | |
| 105. | | 405. | |
| **Adjustments for items paid by seller in advance:** | | **Adjustments for items paid by seller in advance:** | |
| 106. City/town taxes | | 406. City/town taxes | |
| 107. County taxes | | 407. County taxes | |
| 108. Assessments | | 408. Assessments | |
| 109. | | 409. | |
| 10. | | 410. | |
| 111. | | 411. | |
| 112. | | 412. | |
| **120. Gross amount due from buyer:** | 190,203.50 | **420. Gross amount due to seller:** | 188,000.00 |
| **200. Amounts paid or in behalf of buyer:** | | **500. Reductions in amount due to seller:** | |
| 201. Deposit or earnest money | 37,600.00 | 501. Excess deposit (see instructions) | |
| 202. Principal amount of new loan(s) | | 502. Settlement charges to seller (line 1400) | 12,426.50 |
| 203. Existing loan(s) taken subject to | | 503. Existing loan(s) taken subject to | |
| 204. Principal amount of second mortgage | | 504. Payoff of first mortgage loan | |
| 205. | | 505. Payoff of second mortgage loan | |
| 206. | | 506. Deposits held by seller | |
| 207. Principal amt of mortgage held by seller | | 507. Principal amt of mortgage held by seller | |
| 208. | | 508. | |
| 209. | | 509. | |
| **Adjustments for items unpaid by seller:** | | **Adjustments for items unpaid by seller:** | |
| 210. City/town taxes | | 510. City/town taxes | |
| 211. County taxes from 04/20/12 to 04/20/12 | 817.09 | 511. County taxes from 04/20/12 to 04/20/12 | 817.09 |
| 212. Assessments | | 512. Assessments | |
| 213. | | 513. | |
| 214. | | 514. | |
| 215. | | 515. | |
| 216. | | 516. | |
| 217. | | 517. | |
| 218. | | 518. | |
| 219. | | 519. | |
| **220. Total paid by/for buyer:** | 38,417.09 | **520. Total reductions in amount due seller:** | 13,243.59 |
| **300. Cash at settlement from/to buyer:** | | **600. Cash at settlement to/from seller:** | |
| 301. Gross amount due from buyer (line 120) | 190,203.50 | 601. Gross amount due to seller (line 420) | 188,000.00 |
| 302. Less amount paid by/for the buyer (line 220) | (38,417.09) | 602. Less total reductions in amount due seller (line 520) | (13,243.59) |
| 303. Cash ( ✓ From   To ) Buyer: | 151,786.41 | 603. Cash ( ✓ To   From ) Seller: | 174,756.41 |

**Substitute Form 1099 Seller Statement:** The information contained in blocks E, G, H, and I and on line 401 is important tax information and is being furnished to the IRS. If you are required to file a return, a negligence penalty or other sanction will be imposed on you if this item is required to be reported and the IRS determines that it has not been reported.

**Seller Instructions:** If this real estate was your principal residence, file Form 2119, Sale or Exchange of Principal Residence, for any gain, with your tax

G. PROPERTY LOCATION: 22075 SW 92 PLACE, Miami, Florida 33190

| | |
|---|---|
| H. SETTLEMENT AGENT: | Closings.com, Inc., |
| Place of Settlement: | 1124 Kane Concourse , (96th Street), Bay Harbor Islands, Florida 33154 |
| I. SETTLEMENT DATE: | 4/20/12 |

DISBURSEMENT DATE: 4/20/12

TIN: 65-0955926
Phone: 305-861-8000

| J. Summary of buyer's transaction | | K. Summary of seller's transaction | |
|---|---|---|---|
| **100. Gross amount due from buyer:** | | **400. Gross amount due to seller:** | |
| 101. Contract sales price | 188,000.00 | 401. Contract sales price | 188,000.00 |
| 102. Personal property | | 402. Personal property | |
| 103. Settlement charges to buyer (Line 1400) | 2,203.50 | 403. | |
| 104. | | 404. | |
| 105. | | 405. | |
| **Adjustments for items paid by seller in advance:** | | **Adjustments for items paid by seller in advance:** | |
| 106. City/town taxes | | 406. City/town taxes | |
| 107. County taxes | | 407. County taxes | |
| 108. Assessments | | 408. Assessments | |
| 109 | | 409. | |
| 110 | | 410. | |
| 111. | | 411. | |
| 112. | | 412. | |
| **120. Gross amount due from buyer:** | 190,203.50 | **420. Gross amount due to seller:** | 188,000.00 |
| **200. Amounts paid or in behalf of buyer:** | | **500. Reductions in amount due to seller:** | |
| 201. Deposit or earnest money | 37,600.00 | 501. Excess deposit (see instructions) | |
| 202. Principal amount of new loan(s) | | 502. Settlement charges to seller (line 1400) | 12,426.50 |
| 203. Existing loan(s) taken subject to | | 503. Existing loan(s) taken subject to | |
| 204. Principal amount of second mortgage | | 504. Payoff of first mortgage loan | |
| 205 | | 505. Payoff of second mortgage loan | |
| 206 | | 506. Deposits held by seller | |
| 207. Principal amt of mortgage held by seller | | 507. Principal amt of mortgage held by seller | |
| 208 | | 508. | |
| 209 | | 509. | |
| **Adjustments for items unpaid by seller:** | | **Adjustments for items unpaid by seller:** | |
| 210. City/town taxes | | 510. City/town taxes | |
| 211. County taxes from 04/20/12 to 04/20/12 | 817.09 | 511. County taxes from 04/20/12 to 04/20/12 | 817.09 |
| 212. Assessments | | 512. Assessments | |
| 213. | | 513. | |
| 214. | | 514. | |
| 215. | | 515. | |
| 216. | | 516. | |
| 217. | | 517. | |
| 218. | | 518 | |
| 219. | | 519. | |
| **220. Total paid by/for buyer:** | 38,417.09 | **520. Total reductions in amount due seller:** | 13,243.59 |
| **300. Cash at settlement from/to buyer:** | | **600. Cash at settlement to/from seller:** | |
| 301. Gross amount due from buyer (line 120) | 190,203.50 | 601. Gross amount due to seller (line 420) | 188,000.00 |
| 302. Less amount paid by/for the buyer (line 220) | (38,417.09) | 602. Less total reductions in amount due seller (line 520) | (13,243.59) |
| 303. Cash ( ✓ From   To ) Buyer: | 151,786.41 | 603. Cash ( ✓ To   From ) Seller: | 174,756.41 |

**Substitute Form 1099 Seller Statement:** The information contained in blocks E, G, H, and I and on line 401 is important tax information and is being furnished to the IRS. If you are required to file a return, a negligence penalty or other sanction will be imposed on you if this item is required to be reported and the IRS determines that it has not been reported.

**Seller Instructions:** If this real estate was your principal residence, file Form 2119, Sale or Exchange of Principal Residence, for any gain, with your tax return; for other transactions, complete the applicable parts of Form 4797, Form 6262 and/or Schedule D (Form 1040).

Buyer's Initial(s):
BC. JC

Seller's Initial(s):
NK

DoubleTime®

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | to | | | | | | |
| 511. | | to | | | | | | |
| 900. Items required by lender to be paid in advance: | | | | | | Buyer POC   Seller POC | | |
| 901. Interest from | | to | @ | | /day | | | |
| 902. Mortgage insurance premium for | months to | | | | | | | |
| 903. Hazard insurance premium for | years to | | | | | | | |
| 904. Flood insurance premium for | years to | | | | | | | |
| 905. | years to | | | | | | | |
| 1000. Reserves deposited with lender: | | | | | | Buyer POC   Seller POC | | |
| 1001. Hazard insurance | | | months @ | | per month | | | |
| 1002. Mortgage insurance | | | months @ | | per month | | | |
| 1003. City property taxes | | | months @ | | per month | | | |
| 1004. County property taxes | | | months @ | | per month | | | |
| 1005. Annual assessments | | | months @ | | per month | | | |
| 1006. Flood insurance | | | months @ | | per month | | | |
| 1007. | | | months @ | | per month | | | |
| 1008. | | | months @ | | per month | | | |
| 1009. Aggregate accounting adjustment | | | | | | | | |
| 1100. Title charges: | | | | | | Buyer POC   Seller POC | | |
| 1101. Settlement or closing fee | to Closings.com, Inc., | | | | | | 750.00 | |
| 1102. Abstract or title search | to | | | | | | | |
| 1103. Title examination | to | | | | | | | |
| 1104. Title insurance binder | to Closings.com, Inc., | | | | | | 150.00 | |
| 1105. Document preparation | to | | | | | | | |
| 1106. Notary fees | to | | | | | | | |
| 1107. Attorney's Fees | to | | | | | | | |
| (includes above item numbers: | | | | | | ) | | |
| 1108. Title Insurance | to Old Republic Nat. Title/Closings.com, Inc. | | | | | | 1,015.00 | |
| (includes above item numbers: | | | | | | ) | | |
| 1109. Lender's coverage (Premium): | | | | | | | | |
| 1110. Owner's coverage (Premium): | $188,000.00 ($1,015.00) | | | | | | | |
| 1111. Endorse: | | | | | | | | |
| 1112. | to | | | | | | | |
| 1113. | to | | | | | | | |
| 1200. Government recording and transfer charges: | | | | | | | | |
| 1201. Recording fees | Deed | $18.50 | Mortgage(s) | | Releases | $18.50 | 18.50 | 18.50 |
| 1202. City/county tax/stamps | Deed | | Mortgage(s) | | | | | |
| 1203. State tax/stamps | Deed | $1,128.00 | Mortgage(s) | | | | | 1,128.00 |
| 1204. | | to | | | | | | |
| 1205. | | to | | | | | | |
| 1300. Additional settlement charges: | | | | | | Buyer POC   Seller POC | | |
| 1301. Survey | to | | | | | | | |
| 1302. Pest Inspection | to | | | | | | | |
| 1303. MUNICIPAL LIEN SEARCHES | to Rapid Liens Verifications, Inc. | | | | | | | |
| 1304. SHIPPING | to Closings .com | | | | | | 150.00 | |
| 1305. WIRE | to Closings.com, Inc., | | | | | | 85.00 | |
| 1306. Credit to buyer per contract (3) | to | | | | | | 35.00 | |
| 1307. | to | | | | | | | |
| 1308. CREDIT TO BUYER PER CONTRACT ( | to FINANCE INDUSTY CORP. | | | | | | | |
| 1309. Additional expenses | (See Attached Addendum) | | | | | | | |
| 1400. Total settlement charges: | | | | | | | | |
| ( Enter on lines 103, Section J and 502, Section K ) | | | | | | | 2,203.50 | 12,426.50 |

I have carefully reviewed the Settlement Statement and to the best of my knowledge and belief, it is a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction. I further certify that I have received a copy of the Settlement Statement.

_____ Buyer          _____ Seller
BERNARD COMBE

_____ Buyer          _____ Seller
SYLVIE COMBE

The Settlement Statement which I have prepared is a true and accurate account of this transaction. I have caused, or will cause, the funds to be disbursed in accordance with this statement.

Closings.com, Inc.,
By: _____          04/16/2012
As Its Authorized Representative          Date

WARNING: It is a crime to knowingly make false statements to the United States on this or any other similar form. Penalties upon conviction can include a fine and imprisonment. For details see: Title 18 U.S. Code Section 1001 and Section 1010.

DoubleTime®

Settlement Statement

| | | | Buyer POC | Seller POC | Paid from Buyer's Funds at Settlement | Paid from Seller's Funds at Settlement |
|---|---|---|---|---|---|---|
| **Settlement charges** | | | | | | |
| 700. Total Sales/Brokers Com. based on price | $188,000.00 @ | 6.0000 % = 11,280.00 | | | | |
| 701. | 11,280.00 | 6.0000 % to FLOCAR INVESTMEMT GROUP CORP. | | | | |
| 702. | | % to | | | | |
| 703 Commission paid at settlement | | | | | | 11,280.00 |
| 704. | | to | | | | |
| **800. Items payable in connection with loan:** | | | Buyer POC | Seller POC | | |
| 801. Loan origination fee | % to | | | | | |
| 802. Loan discount | % to | | | | | |
| 803 Appraisal fee | to | | | | | |
| 804. Credit report | to | | | | | |
| 805. Lender's inspection fee | to | | | | | |
| 806. Mortgage insurance application fee | to | | | | | |
| 807. Assumption Fee | to | | | | | |
| 808. | to | | | | | |
| 809. | to | | | | | |
| 810. | to | | | | | |
| 811. | to | | | | | |
| **900. Items required by lender to be paid in advance:** | | | Buyer POC | Seller POC | | |
| 901. Interest from | to | @ | /day | | | |
| 902. Mortgage insurance premium for | months to | | | | | |
| 903. Hazard insurance premium for | years to | | | | | |
| 904. Flood insurance premium for | years to | | | | | |
| 905. | years to | | | | | |
| **1000. Reserves deposited with lender:** | | | Buyer POC | Seller POC | | |
| 1001. Hazard insurance | months @ | per month | | | | |
| 1002. Mortgage insurance | months @ | per month | | | | |
| 1003. City property taxes | months @ | per month | | | | |
| 1004. County property taxes | months @ | per month | | | | |
| 1005. Annual assessments | months @ | per month | | | | |
| 1006. Flood insurance | months @ | per month | | | | |
| 1007. | months @ | per month | | | | |
| 1008. | months @ | per month | | | | |
| 1009. Aggregate accounting adjustment | | | | | | |
| **1100. Title charges:** | | | Buyer POC | Seller POC | | |
| 1101. Settlement or closing fee | to Closings.com, Inc., | | | | 750.00 | |
| 1102. Abstract or title search | to | | | | | |
| 1103. Title examination | to | | | | | |
| 1104. Title insurance binder | to Closings.com, Inc., | | | | 150.00 | |
| 1105. Document preparation | to | | | | | |
| 1106. Notary fees | to | | | | | |
| 1107. Attorney's Fees | to | | | | | |
| (includes above item numbers: | | | | ) | | |
| 1108. Title Insurance | to Old Republic Nat. Title/Closings.com, Inc. | | | | 1,015.00 | |
| (includes above item numbers: | | | | ) | | |
| 1109. Lender's coverage (Premium): | | | | | | |
| 1110. Owner's coverage (Premium): | $188,000.00 ($1,015.00) | | | | | |
| 1111. Endorse: | | | | | | |
| 1112. | to | | | | | |
| 1113. | to | | | | | |
| **1200. Government recording and transfer charges:** | | | | | | |
| 1201. Recording fees | Deed $18.50 Mortgage(s) | Releases | $18.50 | | 18.50 | 18.50 |
| 1202. City/county tax/stamps | Deed Mortgage(s) | | | | | |
| 1203. State tax/stamps | Deed $1,128.00 Mortgage(s) | | | | | 1,128.00 |
| 1204. | to | | | | | |
| 1205. | to | | | | | |
| **1300. Additional settlement charges:** | | | Buyer POC | Seller POC | | |
| 1301. Survey | to | | | | | |
| 1302. Pest Inspection | to | | | | | |
| 1303. MUNICIPAL LIEN SEARCHES | to Rapid Liens Verifications, Inc. | | | | 150.00 | |
| 1304. SHIPPING | to Closings .com | | | | 85.00 | |
| 1305. WIRE | to Closings.com, Inc., | | | | 35.00 | |
| 1306. Credit to buyer per contract (3) | to | | | | | |
| 1307. | to | | | | | |
| 1308. CREDIT TO BUYER PER CONTRACT ( | to FINANCE INDUSTY CORP. | | | | | |
| 1309. Additional expenses | (See Attached Addendum) | | | | | |
| **1400. Total settlement charges:** | | | | | 2,203.50 | 12,426.50 |
| ( Enter on lines 103, Section J and 502, Section K ) | | | | | | |

I have carefully reviewed the Settlement Statement and to the best of my knowledge and belief, it is a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction. I further certify that I have received a copy of the Settlement Statement.

_____ Buyer  _____ Seller
BERNARD COMBE

_____ Buyer